**No. 44822.**—Protests 937016–G, etc., of Ying Fat Kung & Co. et al.  (San Francisco).

Opinion by EVANS, J.   In accordance with stipulation of counsel the protests were sustained in part.   *Quong Yu Wo* v. *United States* (T. D. 48003) followed.